IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | |
| CAROLE RUTH SMITH and HARRISON EARL SMITH, | § | Civil Action No. 3:12-cv-2350-O |
| Defendants, | § | |
| and | § | |
| BANK OF AMERICA NA, COMPASS BANK, and TEXANS CREDIT UNION. | § | |
| Garnishees. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**SO ORDERED** on this **8th day** of **March, 2013.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE